**KAYE, ROSE & PARTNERS, LLP**
Anita M. Eilert, Esq. (133639)
André M. Picciurro, Esq. (239132)
402 West Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 232-6555
Facsimile: (619) 232-6577
aeilert@kayerose.com
apicciurro@kayerose.com

Attorneys for Defendant
**CITY OF HUNTINGTON BEACH**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In the Matter of the Complaint of CITY OF HUNTINGTON BEACH, as Owner of SENTINEL II, a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982,<br><br>Petitioner, | Case No.: ~~SACV10-614 AN~~ SACV 10-641 AN<br><br>*IN ADMIRALTY*<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**<br><br>46 U.S.C. §§ 30501, et seq. and Rule F, Supplemental Rules of Certain Admiralty and Maritime Claims |

The complaint of CITY OF HUNTINGTON BEACH, as owner of SENTINEL II, in an action for exoneration from or limitation of liability, civil and maritime, alleges on information and belief as follows:

## JURISDICTION AND VENUE

1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims. This Court has jurisdiction pursuant to 28 U.S.C. section 1333.

2. CITY OF HUNTINGTON BEACH ("CITY" or Petitioner), is a city located within the County of Orange, California and in the Central District of California and was, at all material times, the sole owner of SENTINEL II.

///

3. SENTINEL II (also referred to herein as "the Vessel") is now, and/or during the pendency of this action will be, located in the City of Huntington Beach, California and within the jurisdiction of this Court. Pursuant to Rule F(9) of the Supplemental Rules for Certain Admiralty or Maritime Claims, Rule F(9), venue is appropriate in this District as the Vessel is and/or will be, during the pendency of this action, in the City of Huntington Beach.

## THE VESSEL

4. SENTINEL II is a white, dual-inboard engine Crystaliner bearing Hull Identification Number CRUR00080982 and Boat Number CF2002XC, was built in 1982, is 29.5 feet in length, and was at the times hereinafter mentioned used as a lifeguard boat by CITY.

5. CITY used due diligence to make the Vessel seaworthy and she was tight, staunch, and strong, fully and competently manned, equipped, supplied, and furnished and in all respects seaworthy and fit for the service in which she was engaged.

## THE ALLEGED LOSS AND ADDITIONAL FACTS SUPPORTING CITY OF HUNTINGTON BEACH'S COMPLAINT FOR EXONERATION OR LIMITATION OF LIABILITY

6. Claimants Rick and Pamela Squirrell (hereinafter "claimants"), as the alleged sole heirs of their deceased daughter, Allyssa Squirrell (hereinafter "decedent"), assert claims against CITY arising out of the death of decedent. Claimants allege that on July 14, 2009, decedent was a passenger of the Vessel as a participant in the CITY's Junior Lifeguard Program. The Vessel was being operated by an employee of CITY. Claimants allege that decedent was struck by the Vessel during a training exercise, resulting in decedent's death. The voyage during which the incident allegedly occurred began and ended on July 14, 2009. The Vessel was not damaged lost, or destroyed as a result of the incident.

///

Kaye, Rose & Partners LLP

7. Decedent's death was not as the result of any design or unseaworthy condition of the Vessel nor the fault, neglect, or want of care on the part of CITY, as owner of the Vessel.

8. The acts which contributed and/or caused decedent's death were not occasioned or incurred with CITY's privity or knowledge.

9. The voyage upon which the aforementioned incident alleged by claimants ended on July 14, 2009. Upon information and belief, the Vessel, her engine, tackle, apparel, and furnishings was valued at no more than $26,160.00 at the end of the aforementioned voyage. See Declaration of Gene Hillger Re: Value filed herewith.

10. Upon information and belief, there are no unsatisfied or unpaid liens or claims of lien upon the Vessel, in contract or in tort or otherwise, arising on the aforesaid voyage.

11. Claimants filed and served their initial written Notice of Claim on CITY on *November 12, 2009*. Claimants have retained the law firm of Chambers, Noronha & Kubota, 2070 North Tustin Avenue, Santa Ana, California 92705 to represent them in connection with their claims.

12. Upon information and belief, CITY believes claimants will make a claim for damages greatly in excess of the value of the Vessel as of the end of the voyage upon which said incident occurred.

13. Without admitting, and specifically denying, any liability of CITY OF HUNTINGTON BEACH in connection with the alleged incident, CITY claims the benefit of the limitation of liability provided in 46 U.S.C. sections 30501, et seq., and the acts amendatory thereof and supplemental thereto, and in the present proceeding further desires by reason of the aforementioned facts to contest its liability and the liability of the Vessel for any and all losses, damages, and/or injuries alleged by claimants. In the alternative, if CITY and/or the Vessel is found liable, which is denied, then CITY desires its liability be limited to the value of the Vessel as of the end of the voyage on July 14, 2009.

filing of claims as provided for in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

2. That upon the filing of the Stipulation herein described, the Court shall issue an injunction restraining the commencement or prosecution of any other action or proceeding of any kind in any other court against the Petitioner or any of his property with respect to all claims arising out of or connected with any losses, damages, and injuries resulting from the incident described in the Complaint;

3. That this Court adjudge that Petitioner and the Vessel are not liable to any extent whatsoever for any loss, injury, expense, damage or claim whatsoever, occasioned, or incurred as a result of the incident described in this Complaint; or in the alternative, that if the Court should adjudge that Petitioner is liable in any amount whatsoever, that said liability may be limited to the value of Petitioner's interest in the Vessel and its pending freight, and may be divided pro-rata among such claimants; and that a Judgment entered, discharging Petitioner and the Vessel of and from any and all further liability and forever enjoining and prohibiting the filing or prosecution of any claims against Petitioner or his property in consequence of or connected with the matters and happenings referred to in the Complaint; and

4. That Petitioner have such other and further relief as justice may require and this Court deems necessary and just.

Dated: May 12, 2010

KAYE, ROSE & PARTNERS, LLP

By: /s/
Anita M. Eilert
André M. Picciurro
Attorneys for Defendant
CITY OF HUNTINGTON BEACH

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
in the Matter of the Complaint of CITY OF HUNTINGTON BEACH, as Owner of SENTINEL II, a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982.

**DEFENDANTS**

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
KAYE, ROSE & PARTNERS/ ANITA M. EILERT/ANDRE PICCIURRO
402 W. BROADWAY, SUITE 1300
SAN DIEGO, CA 92101           (619) 232-6555

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No           ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
IN ADMIRALTY   Complaint for Exoneration from or Limitation of Liability

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☒ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| | | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:** Case Number: SACV 10-641 AN

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY, CALIFORNIA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY, CALIFORNIA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_  Date MAY 12, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |