KAYE, ROSE & PARTNERS, LLP
Anita M. Eilert, Esq. (133639)
André M. Picciurro, Esq. (239132)
402 West Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 232-6555
Facsimile: (619) 232-6577
aeilert@kayerose.com
apicciurro@kayerose.com

Attorneys for Defendant
**CITY OF HUNTINGTON BEACH**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of CITY OF HUNTINGTON BEACH, as Owner of SENTINEL II, a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982,<br><br>Petitioner, | Case No.: ~~SACV10-614 AN~~ SACV10-641 AN<br><br>*IN ADMIRALTY*<br><br>DECLARATION OF GENE P. HILLGER RE: VALUE OF SENTINEL II |

I, Gene P. Hillger, declare as follows:

1.  Unless stated upon information and belief, I have personal knowledge of the matters set forth herein and could and would competently testify to them in a Court of law if called upon to do so. At all times pertinent hereto I was employed by Arnold & Arnold, Inc. as a Marine Surveyor. My *curriculum vitae* setting forth pertinent qualifications is attached hereto as **Exhibit "A."**

2.  SENTINEL II (the "Vessel") is a 29.5 foot Crystaliner lifeguard rescue boat with Hull Identification Number CRUR 00080982. The Vessel is powered by twin gas-powered Crusader engines.

3.  The Vessel, which upon my information and belief has been in use by the City of Huntington Beach in the waters off the coast of California, was built in or about 1982.

4. On May 7, 2010, at the request of attorneys for the City of Huntington Beach, I personally inspected the Vessel at 1626 Placentia Ave., Costa Mesa, California.

5. In addition to physically inspecting the Vessel, I researched the value of the Vessel using guides commonly used and relied upon in the boating and appraisal industries. NADA is one recognized authority for supplying market-reflective boat valuation data which, upon my information and belief, is also used and relied upon by financial institutions, credit unions, government agencies, insurance companies, remarketers, dealers, auctions, and manufacturers. The NADA marine appraisal guide, which is updated three times a year, includes 16 years of values (1995-2010) for all boats 7-75 feet in length including the trade-in, average, and low retail values for inboards, outboards, jet and stern drives, sailboats, and yachts. The NADA appraisal guide also includes detailed information on hull material, weights, beams, engines and equipment. According to the NADA appraisal guide, the Vessel in July 2009 had an approximate retail value between $7,950.00 and $8,850.00.

6. The BUC marine guide is another standard reference for current market values of used pleasure boats, motors and trailers which has been relied upon in the boating industry since 1961. According to the BUC marine guide, and taking into account the geographical location and condition of the Vessel, for which I subtracted 20%, the Vessel and its equipment, as of July 2009 had a retail value between $23,600.00 and $26,160.00.

7. Taking into consideration the age of SENTINEL II and the asking prices for similar vessels, and based upon my physical inspection of the Vessel and knowledge and general experience in the industry, I estimate the value of SENTINEL II, her engines, tackle, apparel, and furnishings as of July 14, 2009 to be no more than $26,160.00.

///

///

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on May 11, 2010

By: _____
GENE P. HILLGER

Kaye, Rose & Partners LLP

EXHIBIT A

# GENE PETER HILLGER

1300 East Lane
Imperial Beach, CA 91932
Fax (619) 423-9993
Email: ghillger@cQx.net

## EDUCATION

**8/83 - 5/86**   The American University, Washington College of Law Washington, D.C. Juris Doctor Degree, 3.29 GPA, Top 15% of class.

**7/75- 6/79**   U.S. Merchant Marine Academy Kings Point, New York B.S. Maritime Transportation

## EXPERIENCE

**1/94 - Present**   Arnold & Arnold, Inc. San Diego, California
Marine Surveyor, Insurance Claims Supervisor and Adjuster
- Established and managed two new branch offices in San Francisco Bay area and American Samoa.
- Conducts marine industry underwriting surveys. Investigates, adjusts, negotiates and settles first and third party maritime, personal injury, hull and cargo insurance claims.

**8/92 -12/93**   Bluestreak Offshore, Inc.  New Orleans, Louisiana
Ship's officer/ engineer and crane operator aboard self-elevating work over platforms (SEWOP).

**6/86 - 8/88**   Law Office of Hollywood and Neil  San Diego, California
Associate Attorney, insurance defense litigation.
- Responsible for case management, litigation, discovery and client insurance company communications.

**8/79 - 5/83**
**9/88 - 7/92**   Military Sealift Command, Pacific  Oakland, California
Chief, Second and Third Mate
Served aboard tanker, cargo and research vessels.
- Received Unit Commendation as Cargo Officer during Operation Desert Storm.

**6/79 - 6/92**   United States Naval Reserve  Washington, D. C. & San Diego, CA
Lieutenant - Honorably discharged.
- Naval Investigative Service - investigated procurement fraud cases.
- Naval Control of 'Shipping - coordinated movement of Naval and Merchant ships.

## LICENSES

- Licensed Attorney in State of California and Territory of American Samoa (inactive).
- US Coast Guard 1600 Ton Masters License, Second Mate License
- Accredited Marine Surveyor, Society of Accredited Marine Surveyors (SAMS).