1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of CITY OF HUNTINGTON BEACH, as Owner of SENTINEL II, a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982,<br><br>Plaintiff, | Case No.:  SA CV10-00641-JST(RNBx)<br><br>*IN ADMIRALTY*<br><br>**NOTICE TO CLAIMANTS** |

NOTICE IS HEREBY GIVEN that Plaintiff CITY OF HUNTINGTON BEACH, as owner of a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982 (the "Vessel"), has filed a complaint in the United States District Court for the Central District of California pursuant to 46 U.S.C. §§ 30501 *et seq.*, claiming the right to exoneration from, or limitation of liability for, all claims allegedly resulting from an incident which occurred on or about July 14, 2009, when the Vessel described above struck Allyssa Squirrell, all as more fully set forth in the complaint.

All persons asserting claims with respect to which the complaint seeks limitation are admonished to (1) file their respective claims using case number "**SA CV 10-00641-JST (RNBx)**" with the Clerk at the United States District Court, Central District

of California – Southern Division, United States Courthouse, 411 West Fourth Street, Room 1053, Santa Ana, California 92701, and (2) serve on attorneys for City of Huntington Beach, Kaye, Rose & Partners, 402 West Broadway, Suite 1300, San Diego, California 92101, a copy of their claims. Filing and service of the claims must be made on or before February 14, 2011, or the claims shall be defaulted, i.e., they shall be barred forever. A claim must specify the facts upon which the claimant relies in support of the claim. A personal appearance is not required.

Any claimant desiring to contest either the right to exoneration from, or the right to limitation of liability for, all claims resulting from the incident of July 14, 2009, shall, in addition to the above, file and serve an answer to the complaint as required by Supplemental Admiralty Rule F to the Federal Rules of Civil Procedure (available at http:// www.uscourts.gov/rules/), unless the claim has included an answer.

Dated: November 10, 2010

                                          **JOSEPHINE STATON TUCKER**
                                          **Josephine Staton Tucker**
                                          United States District Judge