JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of CITY OF HUNTINGTON BEACH, as Owner of SENTINEL II, a 29.5 foot, 1982 Crystaliner bearing Hull Identification Number CRUR 00080982<br><br>Petitioner. | Case No. SA CV 10-00641-JST (RNBx)<br><br>*IN ADMIRALTY*<br><br>**FINAL JUDGMENT** |

Summary Judgment having been granted in favor of Claimants Rick Squirrell and Pamela Squirrell,

IT IS HEREBY ORDERED THAT judgment be entered in favor of Claimants Rick Squirrell and Pamela Squirrell forthwith.

Dated: April 4, 2011          **JOSEPHINE STATON TUCKER**
                              Hon. Josephine S. Tucker
                              United States District Judge